RECEIVED

JAN 2 3 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ANTON J. LAZZARO,

                Plaintiff,

v.

ILHAN OMAR,

                Defendant.

Case No. 26-CV-00051-PJS-LIB

## PLAINTIFF ANTON J. LAZZARO'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Anton J. Lazzaro respectfully moves the Court for a 20-day extension of time to file an objection to the Magistrate Judge's Report and Recommendation. The Magistrate Judge issued a Prison Litigation Reform Act screening order recommending dismissal of Lazzaro's claims for declaratory and injunctive relief on the ground that the claims are, in substance, *Bivens* claims that are not clearly recognized by the Supreme Court. The Report and Recommendation further recommends dismissal of Lazzaro's defamation claims for lack of subject matter jurisdiction. Lazzaro received the Report and Recommendation in the mail on January 21, 2026, which, absent an extension of time to file his objection, gives Lazzaro a limited amount of time to research the authorities cited by the Magistrate Judge and determine whether an objection would be well-founded. For these reasons, good cause exists to extend Lazzaro's time to file an objection to the Magistrate Judge's Report and Recommendation by 20 days.

Dated: January 22, 2026

                                    Anton J. Lazzaro
                                    Federal Correctional Institution
                                    P.O. Box 1000
                                    Sandstone, MN 55072

SCANNED

JAN 2 7 2026

U.S. DISTRICT COURT MPLS