UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ANTON J. LAZZARO,

               Plaintiff,

  v.

ILHAN A. OMAR,

               Defendant.

Case No.  26-CV–0051 (PJS/LIB)


ORDER

---

This matter is before the Court on plaintiff's motion for an extension of time to file an objection to Magistrate Judge Leo I. Brisbois's January 12, 2026 Report and Recommendation.  ECF No. 5.  Plaintiff indicated that plaintiff received Magistrate Judge Brisbois's Report and Recommendation by mail on January 21, 2026, and that an extension of time is necessary to allow plaintiff sufficient time to research authorities cited within the Report and Recommendation.

Based upon all the files, records and proceedings herein,  IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to file objection to the Magistrate Judge's Report and Recommendation  [ECF No. 5] is GRANTED.

2. Any objection or other response by plaintiff to Magistrate Judge Leo I. Brisbois's January 12, 2026 Report and Recommendation must be filed by

March 2, 2026.

Dated: January 29, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court