IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED BY MAIL

MAR 0 2 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

ANTON J. LAZZARO,

Plaintiff,

v.

ILHAN OMAR,

Defendant.

Case No. 0:26-cv-00051-PJS-LIB

---

**PLAINTIFF ANTON J. LAZZARO'S OBJECTION TO THE MAGISTRATE JUDGE'S JANUARY 12, 2026, REPORT AND RECOMMENDATION**

---

Plaintiff Anton J. Lazzaro respectfully objects to the Magistrate Judge's January 12, 2026, Report and Recommendation. (Doc. 4.) Lazzaro's complaint asserts a federal claim for injunctive relief and claims for defamation against Defendant Ilhan Omar arising under state law.

The Report and Recommendation recommends dismissal of Lazzaro's claim for injunctive relief on the grounds that is barred by the Supreme Court's decision in *Egbert v. Boule*, 596 U.S. 482, 492 (2022) (concluding that there is no *Bivens* cause of action for a First Amendment retaliation claim). The Magistrate Judge further recommends that the Court decline to exercise supplemental jurisdiction over Lazzaro's defamation claim.

Lazzaro acknowledges the Supreme Court's decision in *Egbert*. *Egbert* bars a claim for money damages against a federal official acting in her individual capacity for First Amendment retaliation. *Egbert* does not bar a claim for injunctive relief to prevent future First Amendment retaliation, however. Lazzaro's claim is not for damages. It is for injunctive relief. Because of this, neither *Egbert* nor the other authorities cited in the Report and Recommendation appear to bar Lazzaro's claim for injunctive relief. If it is true,



as the logic of the Report and Recommendation implies, that federal officials cannot be enjoined from violating the First Amendment, then federal officials could violate the First Amendment with impunity.

In the alternative, contemporaneously with submitting this Objection, Lazzaro is submitting a motion to amend his complaint. Lazzaro's proposed amended complaint protectively addresses and therefore moots the Magistrate Judge's stated issues with Lazzaro's complaint.

For these reasons, the Court should reject the Report and Recommendation in its entirety.

Dated: February 25, 2026

Anton J. Lazzaro
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

### Prison Mailbox Rule Certification

I hereby certify that I deposited a copy of the foregoing in the prison mailbox on February 25, 2026 addressed to the Clerk of Court and mailed via First Class U.S. Mail, postage prepaid.

Anton J. Lazzaro

2