RECEIVED BY MAIL

MAR 0 2 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ANTON J. LAZZARO,

     Plaintiff,

v.

           Case No. 0:26-CV-00051-PJS-LIB

ILHAN OMAR,

     Defendants.

---

### PLAINTIFF ANTON J. LAZZARO'S MOTION TO AMEND COMPLAINT

---

Plaintiff Anton J. Lazzaro moves the Court pursuant to Federal Rule of Civil Procedure 15 to amend his complaint. Good cause exists to grant this motion because this amendment is intended to address the reasons given by the Magistrate Judge in his Report and Recommendation for recommending dismissal of Lazzaro's complaint. The Defendant has not appeared in this case and will not be prejudiced by the amendment. Clean and tracked changes copies of the proposed amended complaint are attached hereto as Exhibits A and B, respectively.

Respectfully submitted,

Dated: _Feb. 25, 2026_

_[signature]_
Anton J. Lazzaro
59637-509—K3
FCI Sandstone
P.O. Box 1000
Sandstone, MN 55072
_Pro se_

SCANNED

MAR 0 2 2026

U.S. DISTRICT COURT MPLS