[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action #349717

Civil Action No. 0:26–cv–00051–PJS–LIB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ilhan A. Omar
was received by me on *(date)* 01/16/2026.

RECEIVED
MAR 04 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________; *or*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

✓ I served the summons on *(name of individual)* Rabihah Waheed, who is designated by law to accept service of process on behalf of *(name of organization)* Ilhan A. Omar on *(date)* 02/20/2026; or *Service Address: 1730 Longworth HOB, Washington, DC 20515

☐ I returned the summons unexecuted because ______________; or

✓ Other *(specify)*: On 02/20/2026, an additional copy of the documents was sent via first-class mail to Ilhan A. Omar, to the address of 1730 Longworth HOB, Washington, DC 20515.

My fees are $______ for travel and $______ for services, for a total of $______.

I declare under penalty of perjury that this information is true.

Date: 02/20/2026

Ronald Singh
*Server's signature*

Ronald Singh, Process Server
*Printed name and title*

1413 K St., NW, 7th Floor, Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Previous attempts at personal service: 01/20/2026 @ 1:20 PM - Upon arrival, I spoke with Alex at the front desk of the subject's office. She said that Ms. Omar wasn't in the office at this time. Alex said she could accept documents on the subject's behalf, but I told her I needed to serve the subject personally. I asked when the subject would be back, but Alex was not sure.
02/10/2026 @ 12:13 PM - Upon arrival, I went through security and headed to the seventh floor. I located Ilhan Omar's office as suite 1730. I spoke with a receptionist in the office and asked if Ilhan Omar was available. She responded that she is not available. I then asked if I could schedule an appointment with her, and the receptionist said I could not. She did give me an email address to assist with service. The email address she provided is: omar.press@mail.house.gov.
02/10/2026 @ 1:51 PM - Sent email to omar.press@mail.house.gov stating, "Hello, My name is Ronald Singh, and I am contacting you as a process server on behalf of the United States District Court for the District of Minnesota. I have documents intended for Congresswoman Omar and would like to know the best process for delivering them to her directly. Could you please provide the appropriate contact information to schedule a meeting or advise on the protocol for direct delivery? Best regards, Ronald Singh"
- As of 02/20/2026, no response was received.

SCANNED
MAR 04 2026
U.S. DISTRICT COURT MPLS