IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED BY MAIL

MAR 2 3 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

ANTON J. LAZZARO,

        Plaintiff,

v.

                                        Case No. 0:26-CV-00051-PJS-LIB

ILHAN OMAR,

        Defendant.

---

### CERTIFICATE OF SERVICE OF MOTION TO AMEND COMPLAINT

---

On March 12, 2026, I mailed a copy of Plaintiff's motion to amend his complaint and a copy of the proposed amended complaint to Defendant Ilhan Omar at the following address via First Class U.S. Mail postage prepaid:

        1730 Longworth HOB
        Washington, D.C. 20515

Dated: March 12, 2026

                                      Respectfully submitted,

                                      Anton J. Lazzaro
                                      59637-509—K3
                                      FCI Sandstone
                                        P.O. Box 1000
                                        Sandstone, MN 55072
                                        *Pro se*

SCANNED

MAR 2 3 2026

U.S. DISTRICT COURT MPLS